UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEN LIN LIU, on his own behalf and on behalf of others similarly situated,

                    Plaintiff,

-against-

IRON CHEF HIBACHI & ASIAN FUSION, INC., et al.,

                    Defendant.

**ORDER**

No. 25-CV-07457

PHILIP M. HALPERN, United States District Judge:

On July 29, 2025, Plaintiff commenced the instant action against Defendants in the Supreme Court of the State of New York, Kings County. (Doc. 1 at 8-35). On August 27, 2025 Defendants filed a motion to dismiss based on *forum non conveniens*, or in the alternative, for change of venue from Kings County Supreme Court to Orange County Supreme Court (the "State Court Motion"). (*Id.* at 3, 50-52). On August 28, 2025, Defendants removed the action to the United States District Court, Eastern District of New York (the "Eastern District"). (*Id.* at 1-6).

By Order dated September 8, 2025, Judge Reyes of the Eastern District transferred the removed action to the United States District Court, Southern District of New York, White Plains (the "Transfer Order"), and the case was subsequently assigned to this Court. (Doc. 5). On September 9, 2025, Plaintiff filed opposition to the State Court Motion, in short, requesting that this Court deny Defendants' request for relief as moot and direct Defendants to Answer the Complaint. (Doc. 7).

In light of the Transfer Order, <u>by September 15, 2025</u>, the parties are directed to each file a letter advising as to their position on the impact of the Transfer Order on the currently pending State Court Motion.

SO ORDERED:

Dated: White Plains, New York
      September 10, 2025

_____
Philip M. Halpern
United States District Judge