UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WEN LIN LIU,

                        Plaintiff,

v.                                                          ORDER

IRON CHEF HIBACHI & ASIAN FUSION            25-CV-07457 (PMH)
INC., et al.,

                        Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Parties are directed to submit a letter to the Court via ECF, on or before March 12,

2026, advising the Court of the status of mediation.


SO-ORDERED:

Dated: White Plains, New York
        March 5, 2026

_____
Philip M. Halpern
United States District Judge